**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| **PRESTON NEWTON** | : | CASE ACTION NO. |
| *Plaintiff* | : | |
| | : | 3:21-cv-00194(RNC) |
| | : | |
| | : | |
| **ELG UTICA ALLOYS (Hartford), INC.** | : | |
| *Defendant* | : | MAY 21, 2021 |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff and Defendant, through their undersigned counsel, that the above-captioned action be dismissed in its entirety, with prejudice, and with no award of attorneys' fees, costs and/or disbursements to either party.

                              THE PLAINTIFF,
                              PRESTON NEWTON

                              By: //s// Megan L. Michaud
                              Megan L. Michaud, Esq.(ct28813)
                              Cicchiello & Cicchiello, LLP
                              364 Franklin Avenue
                              Hartford, Connecticut 06114
                              Phone: 860-296-3457
                              Email: mmichaud@cicchielloesq.com

DEFENDANT,
ELG UTICA ALLOYS (Hartford), INC

By: */s/ Sarah R. Skubas*
Sarah R. Skubas(ct30504)
Jackson Lewis P.C.
90 State House Square, 8th Floor
Hartford, CT 06103
P: (860) 522-0404
F: (860) 247-1330
Sarah.Skubas@jacksonlewis.com

## ELECTRONIC CERTIFICATION OF SERVICE

I hereby certify that on May 21, 2021, a copy of the foregoing Appearance was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated in the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

By: */s/ Megan L Michaud, Esq*
Megan L Michaud (ct28813)